MELISSA KAY MASON
173 PEMBERTON DR
PEARL, MS 39208

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

OLLO BANK
P.O. BOX 9222
OLD BETHPAGE, NY 11804

AVEN
548 MARKET ST
SAN FRANCISCO, CA 94104

PLUSFINANCE
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

ELAN FIN SVCS
ATTN: BNAKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

TRUSTMARK NATIONAL
248 E CAPITOL ST
JACKSON, MS 39201

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236