**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**MELISSA KAY MASON** **CASE NO. 26-02026 JAW**

**<u>TRUSTEE'S OBJECTION TO CONFIRMATION</u>**

COMES NOW, Torri Parker Martin, the duly appointed and qualified Standing Trustee and files this Objection to Confirmation and in support thereof, would show unto the Court the following:

1. The Debtor filed a Chapter 13 Petition on July 28, 2026, and the scheduled plan payment is $832.00 monthly.
2. The Debtor proposes paying zero (0%) percent distribution over a period of sixty (60) months to unsecured creditors. The proposed unsecured debt total is $15,998.50.
3. The Bankruptcy Code states "[i]f the trustee…objects to the confirmation of the plan, then the court may not approve the plan unless…the plan provides that all of the debtor's disposable income…will be applied to make payments to unsecured creditors under the plan…"
4. The Bankruptcy Code provides that the Trustee shall investigate the financial affairs of the Debtor. (11 U.S.C. § 704(a)(4)).
5. During the 341 Meeting of Creditors, held on August 25, 2026, the Debtor testified that her niece drives the 2023 Nissan Altima secured by a lien with Ally Financial, Inc. The Debtor further testified that her niece, "moved out".

6. The Trustee objects to the Debtor continuing to pay for a vehicle for her niece who does not live in the household. The Trustee believes once the vehicle is removed from the plan of reorganization, there will be additional disposable income that should be disbursed to unsecured creditors.
7. From the Trustee's calculations, there are sufficient funds to increase the distribution to timely filed allowed creditors to one hundred percent (100%).

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the Confirmation, or in the alternative, the Debtor should be required to amend the plan to increase distribution to unsecured creditors, who timely file a proof of claim to one hundred percent (100%); and such other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: September 21, 2026

Respectfully Submitted,

/s/ Torri Parker Martin
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
P. O. Box 31980
Jackson, Mississippi 39286-1980
Off: (601) 981-9100
Fax: (601) 981-9888
Email: TPM@tpmartinch13.com

# CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to Confirmation to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and:

**Attorney for Debtor:**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

DATED: September 21, 2026

/s/Torri Parker Martin
Torri Parker Martin