**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**MELISSA KAY MASON,** **CASE NO. 26-02026-JAW**

**DEBTOR.** **CHAPTER 13**

**<u>ORDER RESETTING HEARING</u>**

This matter came on this date on the Trustee's Objection to Confirmation filed by Torri Parker Martin, Trustee, (the "Objection") (Dkt. #22). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on September 28, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for October 19, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693