**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**MELISSA KAY MASON** **CASE NO. 26-02026 JAW**

**ORDER WITHDRAWING OBJECTION TO**
**CONFIRMATION OF CHAPTER 13 PLAN**

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation of Plan (Docket #22). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Objection as all issues presented in the Objection have been resolved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection to Plan Confirmation is hereby withdrawn as the Debtor's schedules (Docket #27(8h)) have been amended to include the Dependent's vehicle payment contribution for the 2023 Nissan Altima.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com