United States Bankruptcy Court
Southern District of Mississippi

In re:
Melissa Kay Mason
Debtor

Case No. 26-02026-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 29, 2026 | Form ID: n032 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Kay Mason, 173 Pemberton Dr, Pearl, MS 39208-4838 |
| 5732529 | + | Coastal Community Bank, c/o Aven Financial, 2105 S Bascom, Suite 220, Campbell, CA 95008-3292 |
| 5705222 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, For Trustmark Bank, 648 Lakeland East, Suite A, Flowood, MS 39232-9574 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Oct 29 2026 21:45:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5701870 | | Email/Text: support@aven.com | Oct 29 2026 21:46:00 | Aven, 548 Market St, San Francisco, CA 94104 |
| 5703250 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 21:43:22 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5704301 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 21:43:21 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5701869 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 29 2026 21:45:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5701871 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 29 2026 21:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5701872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2026 21:56:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5701873 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 29 2026 21:46:00 | Elan Fin Svcs, Attn: Bnakruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5701874 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 29 2026 21:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5717258 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 21:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5729800 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 21:43:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5719897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 21:43:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5701877 | | Email/Text: ml-ebn@missionlane.com | Oct 29 2026 21:45:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5701875 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2026 21:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5701876 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 29 2026 21:45:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |

| | | | | |
|---|---|---|---|---|
| 5701878 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 21:56:42 | Ollo Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5731134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2026 21:43:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5701879 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 21:43:22 | Plusfinance, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5728847 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 21:46:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5701880 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 21:43:20 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5701881 | | Email/Text: bankruptcycourt@towerloan.com | Oct 29 2026 21:46:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5701882 | | Email/Text: bankruptcynotices@trustmark.com | Oct 29 2026 21:45:00 | Trustmark National, 248 E Capitol St, Jackson, MS 39201 |
| 5719880 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 29 2026 21:46:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5710897 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 29 2026 21:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5725103 | | Mariner Finance- 8110 Corporate Dr Nottingham, MD |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Kay Mason trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | |
|---|---|
| | nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| Torri Parker Martin | on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−02026−JAW
**Chapter:** 13

**In re:**

Melissa Kay Mason
aka Melissa K Mason
173 Pemberton Dr
Pearl, MS 39208

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/29/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 29, 2026

Danny L. Miller, Clerk of Court